UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __17 mj 02589-JG__

UNITED STATES OF AMERICA

vs.

OSCAR MARTIN SOLANO QUESADA,

       Defendant.

_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes  __X__ No

2.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes  __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    _____
       FREDERIC C. SHADLEY
       Assistant United States Attorney
       Court ID No. A5502298
       99 Northeast 4th Street
       Miami, FL. 33132-2111
       Tel: (305) 961-9349
       Fax: (305) 530-7976
       Frederic.Shadley@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 17 mj 02589-JC |
| OSCAR MARTIN SOLANO QUESADA, | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___10/23/16-10/24/16 and 4/27/17___ in the county of _____Miami-Dade_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Possession of child pornography and visual depictions of minors engaged in sexually explicit conduct. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective Jenny Velazquez, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___04/27/2017___

_____
*Judge's signature*

City and state: _____Miami, Florida_____

Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

*Criminal Complaint (IV)*

## AFFIDAVIT IN SUPPORT OF ~~SEARCH WARRANT~~

I, Jenny Velazquez, Detective with the Miami Beach Police Department ("MBPD") and Task Force Officer with the Federal Bureau of Investigations' Child Exploitation Task Force, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND

1.      I am a detective with the Miami Beach Police Department and have been a law enforcement officer since June 2000. I am currently assigned to the Federal Bureau of Investigations (FBI) Child Exploitation Task Force. I am also a member of the Internet Crimes Against Children Task Force (ICAC). I have been conducting ICAC investigations and have been a Special Victims detective since January 2008. In that capacity, I have investigated over 100 cases concerning sexual battery, child exploitation, and internet crimes against children. I have attended approximately 200 hours of training related to Computer Crimes and Internet Crimes Investigations. I have been trained and certified to conduct Peer-2-Peer file sharing investigations on the internet. I am also a member of the Law Enforcement Against Child Harm Task Force (LEACH), which is a multi-agency task force focused on the investigation and prosecution of child exploitation facilitated by the use of the internet.

2.      This affidavit is made in support of a criminal complaint charging OSCAR MARTIN SOLANO QUESADA ("SOLANO"), a Costa Rican citizen living in Miami-Dade County, in the Southern District of Florida, with possession of visual depictions involving the use of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a).

3.      The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement

officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a search warrant as requested herein.

## PROBABLE CAUSE

9.      On October 25, 2016, the National Center for Missing and Exploited Children (NCMEC) received a CyberTip report from Microsoft concerning it's "Skydrive" service. Skydrive is now known as "Onedrive," but this affidavit will refer to the service as "Skydrive" for ease of reference. Skydrive is a cloud-based file hosting service operated by Microsoft. The service allows users to upload files to the cloud from their personal computers, laptops, portable electronic devices, and other platforms with internet access. Once uploaded, the user can then access those files from multiple different devices, so long as those devices have been set up with a Skydrive account. The report submitted to NCMEC showed that two images of child exploitation or child pornography had been uploaded to Skydrive by a Microsoft user associated with email address oscarsolano1966@hotmail.com, utilizing IP address 99.159.247.124.

10.      On October 27, 2016, the NCMEC received another CyberTip report from Microsoft concerning its Skydrive service. That report showed that thirteen images had been uploaded by a Microsoft user associated with email address oscarsolano1966@hotmail.com, utilizing IP address 99.159.247.124. That report indicated that at least one of the uploaded images was an image of child exploitation or child pornography. Those images were uploaded on October 23, 2016 and October 24, 2016. Microsoft flagged the file names as possible child pornography and disabled the account.

11.     On November 16, 2016, the Broward Sheriff's Office (BSO) component of the South Florida ICAC received the CyberTips from NCMEC. Included in the CyberTips were the files and images which were uploaded to the Microsoft Skydrive account belonging to "oscarsolano1966@hotmail.com".

12.     On February 23, 2017, the CyberTips were forwarded to your affiant. Law Enforcement requested a subpoena for IP Address 99.159.247.124, the IP Address associated with the CyberTips.

13.     On March 1, 2017, Law Enforcement received the subpoena return. The subpoena return showed that, during the time period described by the CyberTip reports in which the images of child exploitation or child pornography were being uploaded to the Microsoft Skydrive account, IP address 99.159.247.124 was assigned to "A.P.", at 200 NE 164th Terrace, Miami, Florida, 33162 (the "Residence").

14.     Your affiant reviewed the images included in the CyberTip dated October 25, 2016. Two images were uploaded to Microsoft on that date and are described as follows:

       a.  The image named "imgsrc_ru_50647125hYr.jpg" depicts a prepubescent male and female, lying on a sheet kissing, fully nude with their genitals exposed.

       b.  The image named "imgsrc_ru_50647132ZuX.jpg" depicts a prepubescent female with an erect penis in her mouth.

15.     Your affiant reviewed the images included in the CyberTip dated October 27, 2016. Thirteen additional images were uploaded to Microsoft on that date. All of the files contained images of child exploitation or child pornography. Two of those images are described as follows:

       a.  The image named "imgsrc_ru_50647124qUr.jpg" depicts what appears to be a female toddler face down, fully nude, vagina and anus exposed. A prepubescent

female, also appears to be nude, is holding the toddler's vagina open with her hand. An adult male is holding the toddler's buttocks and has an erect penis near the toddler's vagina.

b.   The image named "imgsrc_ru_50647131XoD.jpg" depicts a nude female toddler. An adult male, also nude, has his hand placed on the toddler's vagina. The adult male has an erect penis.

16.     On March 21, 2017, Law Enforcement reviewed the DAVID Database for "A.P.". A record for "A.P." was located with a Florida Driver's License registered to 200 NE 164th Terrace, Miami, Florida, 33162.   Additional searches on the DAVID Database also revealed SOLANO with a Florida Driver's License registered at the Residence.   SOLANO also has a vehicle registered at the Residence bearing Florida Tag BNCV85.   Additional public searches revealed that "A.P." is the home owner at the Residence.

17.     On March 24, 2017, your affiant requested another subpoena for IP address 99.159.247.124.   That subpoena requested current subscriber information.

18.     On March 25, 2017, the subpoena response indicated that IP address 99.159.247.124 was currently assigned to the same subscriber, "A.P." at the Residence.

19.     On April 4, 2017, law enforcement conducted surveillance of the Residence.   Law Enforcement observed a white BMW, bearing Florida Tag CKTW38.   A records check for that vehicle revealed that it was registered to "A.P."   Law Enforcement also observed a red Toyota Corolla, bearing Florida Tag BNCV85, which is registered to SOLANO.   Both vehicles were parked in front of the Residence.

20.     On April 7, 2017, Law Enforcement conducted surveillance and observed the red Toyota Corolla registered to SOLANO parked in front of the Residence.

21.     On April 11, 2017, Law Enforcement conducted surveillance and again observed the red Toyota Corolla registered to SOLANO parked in front of the Residence.

22.     On April 26, 2017, your Affiant obtained a federal search warrant authorizing the search of the Residence, and any computers, mobile electronic devices, and electronic storage media contained therein.

23.     On April 27, 2017, law enforcement executed a federal search warrant at the Residence.  Upon entering, law enforcement encountered SOLANO.  During the search of the Residence, law enforcement seized numerous pieces of electronic media, including two laptops, multiple cellphones, and a number of thumb drives.  A preliminary forensic examination of two of the thumb drives revealed over 3,000 video and picture files containing suspected child pornography and images of children engaged in sexually explicit conduct.  Those files included all four files that were specifically listed in paragraphs 14 and 15 of this affidavit.

24.     SOLANO voluntarily spoke with law enforcement outside of the Residence.  The interview was audio recorded.  During the interview, SOLANO stated he currently resided at the Residence, in an small apartment that was attached to the main building.  However, there was no access from the main building into SOLANO's apartment.   SOLANO admitted to owning the email associated with the NCMEC CyberTips, and also admitted to owning the thumb drives, one cell phone, and both laptops computers.  SOLANO also admitted that he has been visiting a Russian website over the course of the past year, and downloading child pornography on a daily basis. He admitted to saving the images to a folder titled "telefono" on one of the laptop computers. He said that the other laptop was broken and hadn't been used in a year.  At one point in the interview, SOLANO indicated that he would like a lawyer.  The agents agreed to terminate the interview, and SOLANO was notified that they would no longer speak about the investigation.

SOLANO later began speaking again with the agents, without prompting from the agents. He was again advised by the agents that they would not discuss the investigation if he wanted to wait for a lawyer, but SOLANO stated that he did not want an attorney, but rather wanted to speak with the agents.

## **CONCLUSION**

25.     Based on the facts described above, your Affiant respectfully submits that there is probable cause to believe that SOLANO did knowingly possess child pornography and visual depictions of children engaged in sexually explicit acts, in violation of 18 U.S.C. § 2252.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Jenny Velazquez, Detective
TFO Federal Bureau of Investigations
(FBI) Task Force
Miami Beach Police Department


Sworn and subscribed before me
this _____ day of April, 2017.

_____
Jonathan Goodman
United States Magistrate Judge

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _17 mj 02589- JG_

### BOND RECOMMENDATION

DEFENDANT: Oscar Martin Solano Quesada

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA: / Frederic C. Shadley

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Det. Jenny Velazquez, M

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

1110 Washington Avenue

Miami Beach, Florida, 33139