UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-CR-20308-MOORE

UNITED STATES OF AMERICA,

vs.

OSCAR MARTIN SOLANO QUESADA,

    Defendant.
_____/

**CHANGE OF PLEA MINUTES**
June 15, 2017
Time: 15 Minutes

    On this date, the above-named Defendant appeared in person before the Honorable K. Michael Moore, United States District Judge, with AFPD Stewart G. Abrams, counsel appointed by the Court, with the aid of a Spanish Interpreter, and said Defendant stated in Open Court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count 1 of the two-count Indictment. Assistant U. S. Attorney Frederic Shadley appeared on behalf of the Government.

    After the Defendant was duly sworn, the Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

Whereupon:

(X)    The Court postponed sentencing until **09/07/2017 at 2:00 PM.**

(X)    the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

    The U.S. Attorney announced Count 2 would be dismissed on the government's motion at sentencing.

Reporter:              Dorothy Linda Minor, RPR

Court Clerk:         Robin Godwin